UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Susan Diane Scruggs, *as Personal Representative of the Estate of William Bradley Scruggs*, <br><br> Plaintiff, <br><br> v. <br><br> Bryan Stirling, *in his official capacity as Director of the South Carolina Department of Corrections*, Beverly Wood, *in her individual capacity*, Robert Poiletman, *in his individual capacity*, Rubin Ridgway, Antoinette Bradley, *in her individual capacity*, Tim Riley, *in his individual capacity*, Andrea Thompson, *in her individual capacity*, Kinnard Debose, *in his individual capacity*, and Lefford Fate, *in his individual capacity*, <br><br> Defendants. | C/A No: 0:19-cv-00921-SAL-PJG <br><br> **Plaintiff's Expert Designation** |

Ms. Scruggs' Rule 26.03 responses (ECF No. 17) identified Dr. David S. Husted, M.D. as an expert witness. A copy of his report is attached to the complaint (ECF No. 1-2).

Respectfully submitted,

By: /s/ *C. Austin McDaniel*

C. AUSTIN MCDANIEL
Attorney at Law
Federal I.D. 12726
523 North Main Street
Anderson, SC 29621
(864) 540-8135
(864) 540-8137 – fax
austin@austinmcdaniellaw.com

By: /s/ *E. Charles Grose, Jr.*

E. CHARLES GROSE, JR.
The Grose Law Firm, LLC
Federal I.D. 6072
400 Main Street
Greenwood, South Carolina 29646
(864) 538-4466
Charles@groselawfirm.com

February 6, 2020.